934

## (November 21, 1962)

■ TEL-A-SIGN, INC. et al. v. R. PAUL WEESNER et al.— Motion granted insofar as to extend the time for defendants-appellants to serve their answer to 10 days after service upon their attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 11, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of EKIM BROADWAY RESTAURANT CORP. v. STATE LIQUOR AUTHORITY.— Motion for a stay granted upon condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before 4:00 P.M. on November 26, 1962, with notice of argument for November 29, 1962. Petitioner will serve its points or a page proof copy thereof upon the attorney for respondent not later than 4:00 P.M. on November 23, 1962. Respondent will serve and file its points not later than 4:00 P.M. on November 28, 1962. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

## (November 23, 1962)

■ MARIA MULERA v. LUIS CELORIO.— Order of this court, entered on October 11, 1962, vacated. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ DOROTHY ELLENDER v. RAPHAEL ELLENDER.— Motion for a stay denied. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., v. INTERVEST ENTERPRISES, INC.— Motion for a stay denied. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.